FILED
CLERK, U.S. DISTRICT COURT

MAR 2 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TARA DROBNICK,                    )   Case No. EDCV 07-1203-RC
                                  )
                  Plaintiff,      )
                                  )
vs.                               )   JUDGMENT
                                  )
MICHAEL J. ASTRUE,                )
Commissioner of Social            )
Security Administration,          )
                                  )
                  Defendant.      )
_____)

     IT IS ADJUDGED that Judgment be entered remanding the action to
the Social Security Administration for further proceedings consistent
with the Order of Remand, pursuant to sentence four of 42 U.S.C.
§ 405(g).


DATED: 3/28/2008                    _____
                                    ROSALYN M. CHAPMAN
                                    UNITED STATES MAGISTRATE JUDGE


R&R\07-1203.jud
3/28/08